June 19 2015

34,137-03

MR James D Ferrow JR
# 1563325
Ruben Torres Unit
125 Private Rd # 4303
Hondo Texas, 78861

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 23 2015

Abel Acosta, Clerk

To Whom It may Concern:

I wrote a letter around Feb. 3, 15 along with a Judgement of Senitence Form and a nunc pro tunic motion, I was asking your officer to tell me who or what court retains jurisdiction over my case, still Bell Co. Belton Tx cliames they does not have Jurisdiction no more, However, I still have not heard back From you or Recieved my legal documents I submitted along with my letter Therefore can you Please Respond to me with the Status or update of this situation?

Thank you

Sincerely yours
Mr James Ferrow